IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

#9136
$402.00
Summons Issd 6/9/23

Jeremy Callan,
    Plaintiff

-vs-

Dustin Kempf - officer
Nicholas Marich - officer
Jackson Township Police dept
    Defendant(s)

5:23 CV 1158

CASE NO. _____

JUDGE JUDGE GAUGHAN

MAG. JUDGE PARKER

FILED
JUN 09 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AKRON

② This court would have Jurisdiction under 42 U.S.C. 1983 civil action for deprivation of rights under the color of law. Also under criminal code 18 U.S.C. 242 and criminal code 18 U.S.C. 241

③ On July 3rd 2022 officers Dustin Kemp and Nicholas Marich knowingly violated my 1st, 4th and 14th Amendment of the US constitution. Without Probable Cause illegally searched me and arrested me. They conspired and falsified parts of the Police report. Fabricated false facts and presented them as Probable cause. Witnesses refuted their theory yet the officers never put direct refuted statements in the report or took them into consideration. In fact no witness directly stated that I did anything illegal. Officer Marich also stated I would be brought up on more Malicious charges because I didn't comply with unlawful orders given by the officers. I was later arrested on July 6th 2022 for an offence of Criminal Mischeif that alledged watering my grass on June 30th was a criminal act. I later addressed my greivences of the Police Misconduct in a public setting and was again arrested on July 12th. The two officers also locked me in the police cruiser for 45 minuets with the heat on Max while it was 90° on July 3rd.

④ I ask the court for monetary relief in the sum of Five hundred thousand dollars. Three hundred thousand responsible to Jackson Township Police dept. One hundred thousand to be assessed to each officer for punitive damages. I would ask the court to charge the officers for their criminal acts. I also ask the court to require Jackson Township Police to issue a public apology for ruining my reputation.

*[signature]*
Jeremy Callan 5-30-2023

*[signature]*
6-9-2023

12113 Wayland Ave
Cleveland OH 44111