22-55511

| | |
|---|---|
| TO: | Officer T. Minarcheck Jackson Township Police Department |
| FROM: | Malynda Reed Domestic Violence Prosecutor  *Malynda* |
| DATE: | November 18th, 2022 |
| RE: | Case# 22-55511 11/8/22 ~~[redacted]~~ - Samantha Callan |

I have reviewed your Report on the above mentioned incident and I do not believe that there is enough evidence to warrant the filing of a criminal charge against the suspect at this time. The purpose of a Protection Order is to prevent the defendant from contacting the victim. (A friend's employer receiving a text about her, is NOT a violation unless the message asks this person to contact Samantha of the Defendant's behalf!) Unfortunately the Constitution does not limit free speech and the Defendant cannot be prohibited from making statements about the situation, the neighbors, etc. As far as the defendant driving on Strausser, there is no mention that the defendant stopped at the house, etc. I'm not sure how Samantha sees the Defendant drive by but we need some evidence of him stopping in front of the house etc. The defendant is on monitored House Arrest, so any violations would be reported by the probation officer. I have not heard of, or been notified of any violations.

If you or anyone else has questions about my decision, please feel free to call me at (330) 830-1718.